SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Defendant
Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ahmed Al-Kubaisi,<br><br>        Plaintiff,<br><br>   v.<br><br>Home Depot U.S.A., Inc., and Does 1-10,<br><br>        Defendants. | Case No. 4:25-cv-02969-JD<br>Judge James Donato<br><br>**DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed:  March 31, 2025<br>Trial Date:    None Set |

SMRH:4904-1948-9846.1

Defendant Home Depot U.S.A., Inc. ("Defendant") hereby submits the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1: The Home Depot, Inc. is a publicly traded company that owns 10 percent or more of Defendant's stock.

Pursuant to L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Ahmed Al-Kubaisi | Plaintiff |
| Home Depot U.S.A., Inc. | Defendant |
| The Home Depot, Inc. | Parent of Defendant |

Dated: May 1, 2025

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ Michael J. Chilleen
MICHAEL J. CHILLEEN
Attorneys for Defendant
Home Depot U.S.A., Inc.

-1-

SMRH:4904-1948-9846.1